### ERSKINE v. M'LENDON.

Payee of bill after acceptance, makes a special endorsement : not liable
thereon to a remote endorsee.

A bill of exchange on Searcy, in favor of Erskine for
$80, drawn on 25th September, 1819, was accepted on
1st April, 1821. On 24th October, 1822, Erskine as-
signed it to Arthur M. Henderson by a special endorse-
ment, making himself responsible if the drawee should
prove insolvent. Henderson by precisely a similar en-
dorsement, transferred it to M'Lendon, who thereupon
brought his action and recovered a judgement against
Erskine in Madison County Court. Erskine here as-
signed as error; that the declaration does not shew any
privity of contract, between plaintiff and defendant.

JUDGE WHITE delivered the opinion of the Court.
THE special endorsement was a special agreement be-

tween the endorser who made it and his immediate en-
dorsee, and could enure to the benefit of no other person,
unless with the privity and consent of the special endorser.
So far from this assent being shewn, the inference that it
was given, is excluded by the facts in the case. M'Len-
don took the bill with the special endorsement of Hender-
son interposing between him and the liability of the first
endorser. Erskine by his contract restricted his liability
upon the general principles of mercantile law, and there
was no privity between him and M'Lendon. Let the
judgement be reversed.

M'KINLEY and HOPKINS, for plaintiff in error.